UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| GON ZALEZ, ELANA GUERRA | § § | Case No. 12-04299 |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter       of the United States Bankruptcy Code was filed on          . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/MICHAEL G. BERLAND_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | |
|---|---|
| Case No: 12-04299   BL   Judge: Bruce W. Black | Trustee Name: MICHAEL G. BERLAND |
| Case Name: GON ZALEZ, ELANA GUERRA | Date Filed (f) or Converted (c): 02/07/12 (f) |
| | 341(a) Meeting Date: 03/01/12 |
| For Period Ending: 11/27/13 | Claims Bar Date: 10/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 802 Lew, Plano, Illinois | 50,000.00 | Unknown | | 50,000.00 | FA |
| 2. Checking Harris bank | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Books, pcitures et al | 200.00 | 0.00 | | 0.00 | FA |
| 5. wWearing apparedl | 100.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $53,200.00 | $0.00 | | $50,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee employed a broker to sell the debtor's home.

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Page: 1

| Case No: | 12-04299 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | GON ZALEZ, ELANA GUERRA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0358 Checking Account |
| Taxpayer ID No: | *******5702 | | | |
| For Period Ending: | 11/27/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 11/27/13 | | Fidelity National title Company | | 1110-003 | 38,516.22 | | 38,516.22 |
| * 11/27/13 | | Fidelity National title Company | VOID | 1110-003 | -38,516.22 | | 0.00 |
| | | | Deposit should have been for one cent more | | | | |
| 11/27/13 | 1 | Fidelity National titel Company | | | 38,516.23 | | 38,516.23 |
| | | FIDELITY NATIONAL TITLE COMPANY | Memo Amount: 50,000.00 | 1110-000 | | | |
| | | MORTGAGE, BMO HARRIS | Memo Amount: ( 4,079.94 ) | 2500-000 | | | |
| | | | Payoff of mortgage | | | | |
| | | WILL COUNTY | Memo Amount: ( 2,810.83 ) | 2820-000 | | | |
| | | | COUNTY TAXES | | | | |
| | | CENTURY 21 PRO TEAM | Memo Amount: ( 500.00 ) | 3510-000 | | | |
| | | | EARNEST MONEY RE COMMISSION | | | | |
| | | CENTRU 21 PRO TEAM | Memo Amount: ( 2,000.00 ) | 3510-000 | | | |
| | | | REMAINDER OF RE COMMISSION | | | | |
| | | FIDELITY TITLE | Memo Amount: ( 1,325.00 ) | 2500-000 | | | |
| | | | TITLE INSURANCE | | | | |
| | | FIDLITY TITLE | Memo Amount: ( 190.00 ) | 2500-000 | | | |
| | | | UNDERWRITER TITLE INSURANCE | | | | |
| | | | Memo Amount: ( 3.00 ) | 2500-000 | | | |
| | | | GOVERNMENT RECORDING CHARGES | | | | |
| | | | Memo Amount: ( 75.00 ) | 2500-000 | | | |
| | | | TRANSFER TAXES | | | | |
| | | ORMAN, ROBERT | Memo Amount: ( 500.00 ) | 3410-000 | | | |
| | | | ATTORNEY FEE ROBERT ORMAN | | | | |

Page Subtotals  38,516.23  0.00

FORM 2

Page: 2
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-04299 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | GON ZALEZ, ELANA GUERRA | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0358 Checking Account |
| Taxpayer ID No: | *******5702 | | |
| For Period Ending: | 11/27/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 50,000.00 | COLUMN TOTALS | | 38,516.23 | 0.00 | 38,516.23 |
| | Memo Allocation Disbursements: | 11,483.77 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 38,516.23 | 0.00 | |
| | Memo Allocation Net: | 38,516.23 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 38,516.23 | 0.00 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 50,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 11,483.77 | Checking Account - ********0358 | | 38,516.23 | 0.00 | 38,516.23 |
| | Total Memo Allocation Net: | 38,516.23 | | | 38,516.23 | 0.00 | 38,516.23 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.03a

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 27, 2013 |

Case Number: 12-04299  
Debtor Name: GON ZALEZ, ELANA GUERRA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $35,879.20 | $0.00 | $35,879.20 |
| | Case Totals: | | | $35,879.20 | $0.00 | $35,879.20 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-04299
Case Name: GON ZALEZ, ELANA GUERRA
Trustee Name: MICHAEL G. BERLAND

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE