# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| In re: | § | |
| --- | --- | --- |
| | § | |
| GON ZALEZ, ELANA GUERRA | § | Case No. 12-04299 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/MICHAEL G. BERLAND_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO HARRIS BANK N.A. CLC SERVICING DEPT. D P.O. BOX 5034 ROLLING MEADOWS, IL. 60008 | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| FIDELITY TITLE | | | | | |
| FIDLITY TITLE | | | | | |
| GOVERNMENT RECORDING CHARGES | | | | | |
| MORTGAGE, BMO HARRIS | | | | | |
| TRANSFER TAXES | | | | | |
| WILL COUNTY | | | | | |
| ORMAN, ROBERT | | | | | |
| CENTRU 21 PRO TEAM | | | | | |
| CENTURY 21 PRO TEAM | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-04299 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | GONZALEZ, ELANA GUERRA | Date Filed (f) or Converted (c): | 02/07/12 (f) |
| | | 341(a) Meeting Date: | 03/01/12 |
| For Period Ending: | 02/18/14 | Claims Bar Date: | 10/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 802 Lew, Plano, Illinois  
The property was sold in November 2013. | 50,000.00 | 38,516.23 | | 50,000.00 | FA |
| 2. Checking Harris bank | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Books, pcitures et al | 200.00 | 0.00 | | 0.00 | FA |
| 5. wWearing apparedl | 100.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $53,200.00 | $38,516.23 | | $50,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee employed a broker to sell the debtor's home.

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

Ver: 17.04c

LFORM1
UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-04299 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | GON ZALEZ, ELANA GUERRA | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0358 Checking Account |
| Taxpayer ID No: | *******5702 | | |
| For Period Ending: | 02/18/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 11/27/13 | | Fidelity National title Company | | 1110-003 | 38,516.22 | | 38,516.22 |
| * 11/27/13 | | Fidelity National title Company | VOID | 1110-003 | -38,516.22 | | 0.00 |
| | | | Deposit should have been for one cent more | | | | |
| 11/27/13 | 1 | Fidelity National titel Company | | | 38,516.23 | | 38,516.23 |
| | | FIDELITY NATIONAL TITLE COMPANY | Memo Amount: 50,000.00 | 1110-000 | | | |
| | | MORTGAGE, BMO HARRIS | Memo Amount: ( 4,079.94 ) | 2500-000 | | | |
| | | | Payoff of mortgage | | | | |
| | | WILL COUNTY | Memo Amount: ( 2,810.83 ) | 2820-000 | | | |
| | | | COUNTY TAXES | | | | |
| | | CENTURY 21 PRO TEAM | Memo Amount: ( 500.00 ) | 3510-000 | | | |
| | | | EARNEST MONEY RE COMMISSION | | | | |
| | | CENTRU 21 PRO TEAM | Memo Amount: ( 2,000.00 ) | 3510-000 | | | |
| | | | REMAINDER OF RE COMMISSION | | | | |
| | | FIDELITY TITLE | Memo Amount: ( 1,325.00 ) | 2500-000 | | | |
| | | | TITLE INSURANCE | | | | |
| | | FIDLITY TITLE | Memo Amount: ( 190.00 ) | 2500-000 | | | |
| | | | UNDERWRITER TITLE INSURANCE | | | | |
| | | | Memo Amount: ( 3.00 ) | 2500-000 | | | |
| | | | GOVERNMENT RECORDING CHARGES | | | | |
| | | | Memo Amount: ( 75.00 ) | 2500-000 | | | |
| | | | TRANSFER TAXES | | | | |
| | | ORMAN, ROBERT | Memo Amount: ( 500.00 ) | 3410-000 | | | |
| | | | ATTORNEY FEE ROBERT ORMAN | | | | |
| 01/15/14 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 5,750.00 | 32,766.23 |
| 01/15/14 | 001002 | Capital One Bank (USA), N.A. | Claim 000001, Payment 91.32375% | 7100-000 | | 32,766.23 | 0.00 |

Page Subtotals 38,516.23 38,516.23

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-04299 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | GON ZALEZ, ELANA GUERRA | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0358 Checking Account |
| Taxpayer ID No: | *******5702 | | |
| For Period Ending: | 02/18/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 50,000.00 | COLUMN TOTALS | 38,516.23 | 38,516.23 | 0.00 |
| Memo Allocation Disbursements: | 11,483.77 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 38,516.23 | 38,516.23 | |
| Memo Allocation Net: | 38,516.23 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 38,516.23 | 38,516.23 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 50,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 11,483.77 | Checking Account - ********0358 | 38,516.23 | 38,516.23 | 0.00 |
| Total Memo Allocation Net: | 38,516.23 | | 38,516.23 | 38,516.23 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.04c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*